| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

**AO-10 (WP)** Rev. 1/2006

**1. Person Reporting** *(Last name, first, middle initial)*

LEE, TOM S.

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

UNITED STATES DISTRICT COURT JUDGE

**7. Chambers or Office Address**

245 E. Capitol Street, Suite 110
Jackson, MS 39201

**2. Court or Organization**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MS

**3. Date of Report**

5/15/06

**5a. Report Type** (check appropriate type)

___ Nomination, Date _____

___ Initial __X__ Annual ___ Final

**6. Reporting Period**

1/1/05 - 12/31/05

**5b.** ___ Amended Report

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | | |
| 2 | Board of Trustees | Mississippi College |
| 3 | General Partner | ████████ Limited Partnership |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | ☒ NONE (No reportable agreements.) | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| 1 | ☒ NONE (No reportable non-investment income.) | | |
| 2 | | | $ |
| 3 | | | $ |
| | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | | |
|---|---|---|---|
| 1 | ☐ NONE (No reportable non-investment income.) | | |
| 2 | 2005 | Director - Community Bancshares of MS, Inc. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |

I spoke at the Federal Bar Association Fall Kickoff CLE in Oxford, MS on September 23, 2005. I was reimbursed for two nights' lodging at the Holiday Inn Express and for mileage from my home in Forest to Oxford in the total amount of $281.90.

I spoke at the Labor and Employment Annual Meeting of the Mississippi Bar in Sandestin, FL on July 14, 2005. I was reimbursed by the Mississippi Bar for expenses in the sum of $358.63.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| | | | |
| | | | |
| | | | |
| | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TOM S. LEE | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 ING NQ VAR | none | | J | T | Partial transfer of value to American Skandia VA | | | | |
| 2 American Skandia NQ VA | none | | M | T | Partial transfer of value from ING NQ VA | | | | |
| 3 Harrison Co. Bond | A | Int. | K | T | | | | | |
| 4 State of MS GO Bond | A | Int. | K | T | | | | | |
| 5 Van Kampen | B | Div. | K | T | | | | | |
| 6 MS O Coupon Bond | none | | M | T | Bond fluctuates in value | | | | |
| 7 Eaton Vance MS Fund | B | Div. | K | T | | | | | |
| 8 LA PFA REV RDGB Bond | B | Int. | K | T | | | | | |
| 9 Biloxi School Bond | B | Int. | K | T | | | | | |
| 10 MS Hospital EQ &FAC Bd. | A | Int. | K | T | | | | | |
| 11 Columbus Miss. Bonds | B | Int. | K | T | | | | | |
| 12 Shares New Perspective Fd | B | Div. | N | T | | | | | |
| 13 Shares John Hancock Fund | A | Div. | | | Sell | 7/5 | J | | |
| 14 Shares of Community Bancshares of MS Inc. | E | Div. | P1 | T | | | | | |
| 15 ING NQ VA | none | | J | T | Partial transfer of value to American Skandia VA | | | | |
| 16 American Skandia NQ VA | none | | M | T | Partial transfer of value from ING NQ VA | | | | |
| 17 Panorama Plus Mass Mutual | none | | | | Sell | 7/5 | M | E | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Hartford VA IRA | none | | N | T | Buy | 7/5 | | | |
| 19 John Hancock Fund | A | Div | | | Sell | 7/5 | L | E | |
| 20 State of MS GO Bond | B | Int. | K | T | | | | | |
| 21 Land in Scott Co. MS | none | | L | W | | | | | |
| 22 US Ser. E. Bonds | none | | L | T | Income not realized but bonds increase in value annually | | | | |
| 23 UBS Financial Services | A | Int. | | | Sell | 7/5 | K | | |
| 24 Oppenheimer Mun.Liq.Fd., previously listed as Adv. Marketing | A | Int. | L | T | | | | | |
| 25 Opp.Fed. Ulra Short Bd. | B | Div | L | T | | | | | |
| 26 State of MS Hwy. Bd. | A | Int | J | T | | | | | |
| 27 Phoenix Life | | none | M | T | Life insurance | | | | |
| 28 Community Bancshares ofMS | C | Int | M | T | | | | | |
| 29 GS Capt. Grow Fund | A | Div | | | Sell | 6/28 | L | D | |
| 30 ING VA IRA prev.shown as NG annuity | none | | M | T | Account fluctuates in value | | | | |
| 31 Charles Schwab Comm.Stock | A | Div | | | Sell | 8/23 | J | | |
| 32 Alliance Bernstein | none | | | | Sell | 7/5 | J | | |
| 33 Alliance Technology | none | | | | Sell | 7/5 | J | | |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-60 of Instructions.)

| Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 Davis New York Venture | A | Div | J | T | | | | | |
| 35 Growth Fund of America | none | | J | T | | | | | |
| 36 New Perspective | A | Div | J | T | | | | | |
| 37 UBS Pace Growth Equity | none | | J | T | | | | | |
| 38 UBS Pace Equity Inv. | none | | J | T | | | | | |
| 39 UBS Tactical Allocation | none | | J | T | | | | | |
| 40 Lord Abbett Aff. | A | Div | J | T | | | | | |
| 41 Alliance MF | none | | L | T | Account fluctuates in value | | | | |
| 42 DRD Gold Amer.Com.Stock | none | | J | T | | | | | |
| 43 Hartford VA NQ prev. listed as annuity | none | | M | T | Account fluctuates in value | | | | |
| 44 Salomon Brothers | A | Div | J | T | | | | | |
| 45 Colonial Bankgroup CS | A | Div | K | T | Sell | 9/16 | K | B | |
| 46 Community Bank Amory | none | | L | T | | | | | |
| 47 ING VA IRA NRL | none | | K | T | This has been inadvertently omitted on previous statements | | | | |
| 48 First Horizon | A | Div | J | T | Buy | 1/31 | J | | |
| 49 FT Dow Dividend | A | Div | L | T | Buy | 11/4 | L | | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 FT Dow Dividend | A | Div | J | T | Buy | 8/9 | J | | |
| 51 FT Target VIP | A | Div | J | T | Buy | 8/9 | J | | |
| 52 Franklin HY Tax Free | B | Div | K | T | Buy | 8/9 | J | | |
| 53 Franklin Income | A | Div | J | T | Buy | 8/2 | J | | |
| 54 Ruth's Chris Steak House Com. Stock | | | K | T | Buy | 9/16 | K | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The difference in value of assets from last year's report results from the appreciation or depreciation of the value of the assets.

The American Skandia investment on Line 2 was made from funds transferred from the ING NQ VAR account on Line 1 and the same is true for the American Skandia investment on Line 16 which was made from funds in the ING NQ VA account on Line 15. All of the purchases shown on the schedule were made from the proceeds of sales shown therein.

There are some what I consider insufficient name changes of accounts from last year's report and they are in the same position as on last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date _5/15/06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544